# IN THE SUPREME COURT OF THE STATE OF NEVADA

ACCURATE BILLING SOLUTIONS,
L.L.C., A NEVADA LIMITED
LIABILITY COMPANY; BECKY
LYSTLUND, INDIVIDUALLY AND AS
AN EMPLOYEE/AGENT OF
ACCURATE BILLING SOLUTIONS,
L.L.C.; AND VENDULA TIMS,
INDIVIDUALLY AND AS AN
EMPLOYEE/AGENT OF ACCURATE
BILLING SOLUTIONS, L.L.C.,
                    Petitioners,
          vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
MARK R. DENTON, DISTRICT JUDGE,
                    Respondents,
          and
SAMEERA SBAIH, M.D., PROF. CORP.,
D/B/A ADVANCED FAMILY
MEDICINE,
                    Real Party in Interest.

No. 83100

FILED

AUG 2 3 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING PETITION

Petitioners have filed a motion to voluntarily withdraw this petition for a writ of mandamus, and to withdraw their motions for stay and to file documents under seal. Cause appearing, the motion is granted. This petition for writ of mandamus is dismissed. This court takes no action in regard to the withdrawn motions.

It is so ORDERED.

_____, C.J.

21-24479

cc:    Hon. Mark R. Denton, District Judge
Saltzman Mugan Dushoff
Jesse M. Sbaih & Associates, Ltd.
Eighth District Court Clerk